COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Lawson Kelechi Echieto v. The State of Texas

Appellate case number:   01-15-00557-CR

Trial court case number:  2017953

Trial court:             County Criminal Court at Law No. 9 of Harris County

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Appellant, acting pro se, has filed a motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

Appellant's request for a copy of the record is **denied** because appellant's appointed counsel certified in his motion to withdraw that a copy of the record has already been provided to appellant. Counsel's motion to withdraw indicates that a form motion requesting access to the record was sent to appellant along with a copy of the record; however, the form motion is unnecessary when a copy of the record has been provided by counsel. *See Kelly*, 436 S.W.3d at 320 n.22. If appellant informs this Court that a copy of the record was not received, then this Court may reconsider its denial.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                    ☑ Acting individually     ☐ Acting for the Court


Date:  January 5, 2016